1  Andrew K. Alper, (State Bar No. 088876)
   aalper@frandzel.com
2  FRANDZEL ROBINS BLOOM & CSATO, L.C.
   1000 Wilshire Boulevard, Nineteenth Floor
3  Los Angeles, California 90017-2427
   Telephone: (323) 852-1000
4  Facsimile: (323) 651-2577

5  Attorneys for Plaintiff COMMERCIAL CREDIT
   GROUP, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> SHR TRANSPORT, INC., a California corporation; JASWINDER SINGH, an individual; RANGIT SINGH BAINS, an individual, <br><br> Defendants. | CASE No. 2:21-cv-01020-JAM-AC <br><br> **ORDER FOR WRIT OF POSSESSION**[1] <br> **[X] AFTER HEARING** <br> **[ ] EX PARTE** <br><br> Date: August 31, 2021 <br> Time: 1:30 P.M. <br> Crtrm.: 6 <br> 501 I Street <br> Sacramento, California 95814 |

## AFTER HEARING

1.   [X] The application of the plaintiff for a writ of possession was heard as follows (check boxes in 1c and 1d to indicate personal presence at the hearing):

   a.   Judicial Officer (name): John A Mendez

   b.   Hearing date: August 31, 2021 9am

   c.   [X] Plaintiff (name): COMMERCIAL CREDIT GROUP, a Delaware corporation, [X] Attorney (name): Andrew K. Alper

---

[1] The contents of this Order for Writ of Possession After Hearing, follows the form adopted for mandatory use by the Judicial Council of California and used in cases pending before the Superior Court of the State of California.

4287512v1 | 100854-0023

1

ORDER FOR WRIT OF POSSESSION AFTER HEARING

    d.    [X] Defendants (name) SHR TRANSPORT, INC. a California corporation; JASWINDER SINGH, an individual; RANGIT SINGH BAINS, an individual, [ ] Attorney (name):

## EX PARTE

2.    [] The application of the plaintiff for an ex parte writ of possession has been considered by the court. n/a

3.    **The court finds:**

    a.    [X] Defendant has been properly served as required by Code of Civil Procedure section 512.030.

    b.    Plaintiff [] has [X] has not filed an undertaking as required by Code of Civil Procedure section 515.010. **Plaintiff's undertaking is waived**

    c.    Plaintiff has established the probable validity of the Plaintiff's claim to possession of the following property (specify):

| Vehicle Description | Vehicle ID Number |
|---|---|
| 2015 Utility Trailer; License plate number 4NK7336 | 1UYVS2532FU238207 |
| 2013 Utility Trailer | 1UYVS2535DU711515 |
| 2013 Utility Trailer | 1UYVS2539DU711520 |
| 2013 Utility Trailer | 1UYVS2533DU693516 |
| 2016 Utility Trailer | 1UYVS2534GU484502 |
| 2015 Volvo | 4V4NC9EJ7FN923062 |
| 2017 Freightliner CA125SLP 72" Sleeper Tractor | 3AKJGLDR8HDHS8660 engine and Ten Speed Transmission |

[] Continued on Attachment 3c. n/a

    d.    [X] There is probable cause to believe this property or some part of it is

located at one or more of the following private places (specify):

    a.    8703 White Peacock Way, Elk Grove, CA 95624;

    b.    9697 Allen Ranch Way, Elk Grove, CA 95757

    c.    8732 Fruitridge Rd. Sacramento, CA 95826;

    d.    32001 Avenue 11 ¼ Madera, CA 93636;

    e.    7041 Luther Drive, Sacramento , CA 95823;

    f.    8621 Morrison Creek Drive, Sacramento, CA 95282

    g.    4075 Channel Dr. W., West Sacramento, CA 95691

[] Continued on Attachment 3d. n/a

## ADDITIONAL FINDINGS FOR EX PARTE ISSUANCE OF WRIT OF POSSESSION

4.    **[] The court also finds:** n/a

    a.    [] Defendant gained possession of the property described in item 3c, which was not entrusted to the defendant, by feloniously taking such property from the plaintiff by means other than by false or fraudulent representation, pretense, or embezzlement.

    b.    [] The property is a credit card.

    c.    Defendant acquired possession of this property in the ordinary course of the defendant's trade or business for commercial purposes, and (1) the property is not necessary for the support of the defendant or the defendant's family; (2) there is an immediate danger that the property will become unavailable to levy by reason of being transferred, concealed or removed from the state, or will become substantially impaired in value by acts of destruction, or by failure to care of the property in a reasonable manner; and (3) the ex parte issuance of a writ of possession is necessary to protect the property.

    d.    Total number of boxes checked in item 4: n/a

///

///

///

## ORDERS

5. **IT IS ORDERED**

    a. The clerk of this court is directed to issue a writ of possession as provided in California Code of Civil Procedure section 512.020, directing the United States Marshal within whose jurisdiction the property described in item 3c, or some part of it, is located, to seize such property and retain custody of it as provided in Code of Civil Procedure sections 514.010-514.050.

    b. [X] The clerk is directed to issue the writ of possession immediately.

    c. [] The clerk is directed to issue the writ of possession upon the plaintiff's filing of a written undertaking, as required by Code of Civil Procedure sections 514.010, in the amount of: $ n/a

    d. The written undertaking required by the Defendants for redelivery or to stay delivery is in the amount of: $834,800.00.

    e. The clerk of this court is directed to attach a copy of this order and a copy of the plaintiff's undertaking to the writ of possession. n/a

    f. The United States Marshal may enter the following private place(s) to take possession of the property or some part of it:

        1    8703 White Peacock Way, Elk Grove, CA 95624

        2    9697 Allen Ranch Way, Elk Grove, CA 95757

        3    8732 Fruitridge Rd. Sacramento, CA 95826;

        4    32001 Avenue 11 ¼ Madera, CA 93636;

        5    7041 Luther Drive, Sacramento, CA 95823;

        6    8621 Morrison Creek Drive, Sacramento, CA 95282

        7.    4075 Channel Dr. W., West Sacramento, CA 95691

[] Continued on Attachment 5f. n/a

    g. [X] Defendants (name): SHR TRANSPORT, INC., a California corporation; JASWINDER SINGH, an individual; RANGIT SINGH BAINS, an individual are ordered to transfer possession of the property described in item 3c to the plaintiff. (Code of Civ. Proc., §512.070.)

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

1  **NOTICE TO DEFENDANTS:** Failure to comply with an order of the court to turn over
2  possession of such property to the plaintiff may subject you to being held in contempt of
3  court.

4  Number of pages attached: 0

6  DATED: September 2, 2021

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 WILSHIRE BOULEVARD, 19TH FLOOR
LOS ANGELES, CALIFORNIA 90017-2427
(323) 852-1000

4287512v1 | 100854-0023

5

ORDER FOR WRIT OF POSSESSION AFTER HEARING