Andrew K. Alper, (State Bar No. 088876)
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff, COMMERCIAL CREDIT GROUP INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHR TRANSPORT, INC., a California corporation; JASWINDER SINGH, an individual; RANGIT SINGH BAINS, an individual<br><br>Defendant. | Case No. 2:21-cv-01020-JAM-AC<br><br>**PRIVATE PLACE ORDER**<br><br>Date:   August 24, 2021<br>Time:   1:30 p.m..<br>Crtrm.:  6<br>        501 I Street<br>        Sacramento, California 95814 |

Upon application duly made by Plaintiff COMMERCIAL CREDIT GROUP INC., a Delaware corporation ("Plaintiff"), and good cause having been shown therefor:

IT IS ORDERED that a United States Marshal, in executing the Writ of Possession (Claim and Delivery) ("Writ") issued by this Court in the above-captioned matter, may procure the services of a locksmith or utilize any other reasonable means necessary to gain access to the premises where the property that is the subject of the Writ is located – to-wit:

8703 White Peacock Way, Elk Grove, CA 95624

2   9697 Allen Ranch Way, Elk Grove, CA 95757

3   8732 Fruitridge Rd. Sacramento, CA 95826;

4   32001 Avenue 11 ¼ Madera, CA 93636;

5. 7041 Luther Drive, Sacramento, CA 95823;

6. 8621 Morrison Creek Drive, Sacramento, CA 95282

7. 4075 Channel Dr. W., West Sacramento, CA 95691

to carry out the levy of said Writ in the event the above premises are padlocked or otherwise closed.

DATED: September 2, 2021

_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Frandzel Robins Bloom & Csato, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
(323) 852-1000

4287536v1 | 100854-0023

2

PRIVATE PLACE ORDER