UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMERCIAL CREDIT GROUP INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHR TRANSPORT INC., a California corporation; JASWINDER SINGH, an individual; RANGIT SINGH BAINS, an individual,<br><br>Defendants. | No. 2:21-cv-01020 JAM AC<br><br>ORDER |

    This matter is before the court on plaintiff's motion for default. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

    On October 14, 2022 the magistrate judge filed findings and recommendations, which were served on defendants and which contained notice to that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 26. Defendants have not filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 14, 2022, are adopted in full;

2. Plaintiff's motion for default judgment, (ECF No. 24) is granted;

3. The court enters judgment against defendants on the action for recovery of specific personal property with the remedy of claim and delivery of the vehicles specified in the Findings and Recommendations (ECF No. 26); and

4. This case is closed.

DATED: November 28, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE